686 A.2d 392

## DYNAMIC STUDENT SERVICES

v.

## STATE SYSTEM OF HIGHER EDUCATION, et al.

**Appeal of DYNAMIC STUDENT SERVICES
and Daniel A. and Michael Lieberman.**

Supreme Court of Pennsylvania.

Argued April 29, 1996.

Decided Jan. 15, 1997.

John S. Carnes, Jr., for DSS, et al.

Wayne M. Richardson, Harrisburg, Wayne Melnick, Millersville, for SSHE.

Before FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### *ORDER*

PER CURIAM:

AND NOW, this 15th day of January, 1997, the Motion to Dismiss for Mootness is hereby GRANTED.

NIX, Former C.J., did not participate in the consideration or decision of this matter.